

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00237-CV

Austin Ramsey **WRIGHT**,
Appellant

v.

Christina Diane **WRIGHT**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-05302
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER that appellee Christina Diane Wright recover her costs of this appeal from appellant Austin Ramsey Wright.

SIGNED May 8, 2013.

_____
Marialyn Barnard, Justice